# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| Donald L. Leonard, Jr., ) ) Plaintiff, ) ) v. ) ) Carolyn W. Colvin, ) ) Defendant. ) | Civil Action No. 12-1231-CV-W-JTM |

## **O R D E R**

On August 22, 2013, the Court heard oral argument on *Leonard's Initial Brief,* filed February 22, 2013, [Doc. 7] and the *Brief For Defendant*, filed May 6, 2013, [Doc. 10]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

          */s/ John T. Maughmer*
          **JOHN T. MAUGHMER**
          **U. S. MAGISTRATE JUDGE**