IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Donald L. Leonard, Jr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 12-1231-CV-W-JTM |
| Carolyn W. Colvin, ) | |
| ) | |
| Defendant. ) | |
| ) | |

# O R D E R

On August 22, 2013, the Court heard oral argument on *Leonard's Initial Brief,* filed February 22, 2013, [Doc. 7] and the *Brief For Defendant*, filed May 6, 2013, [Doc. 10]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

                                               */s/ John T. Maughmer*
                                              **JOHN T. MAUGHMER**
                                           **U. S. MAGISTRATE JUDGE**